victed of disorderly conduct. (Penal Law, § 722, subd. 6.) The question was whether the evidence produced at the hearing and admissions of relator as to previous convictions brought the case within the provisions of section 4 of the Parole Commission Act, as amended by chapter 287 of the Laws of 1916, authorizing an indeterminate sentence.

*K. Henry Rosenberg* for appellant.

*Joab H. Banton, District Attorney (Michael J. Driscoll* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JESSIE L. LOUDERBACK, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

*New York city — teachers — action by school teacher to recover salary alleged to be due.*

*Louderback* v. *Board of Education,* 216 App. Div. 805, affirmed. (Argued November 15, 1926; decided November 30, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 9, 1926, unanimously affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff to strike out the answer and for judgment on the pleadings. The action was brought by the plaintiff, a visiting teacher in the employ of the defendant, on her own behalf and on behalf of other visiting teachers who assigned their claims to her, for arrears of salary alleged to be due pursuant to schedule A-3 of section 883 of the Education Law, added to said law by chapter 645 of the Laws of 1919, as amended by chapter 680 of the Laws of 1920, either from the date when such statutes and salary schedules adopted thereunder by the board of education became effective, if their appointments as visiting teachers were made prior thereto, or from the date of such appointments down to the 1st day of April, 1925.

*George P. Nicholson, Corporation Counsel (Elliot S. Benedict* and *John F. O'Brien* of counsel), for appellant. *Arthur C. Mendel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. BOYD, Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

*New York city — building zones — application for permit to change stable to garage properly denied.*

*Matter of Boyd v. Walsh*, 217 App. Div. 461, affirmed.

(Submitted November 16, 1926; decided November 30, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1926, which reversed an order of Special Term annulling on certiorari a determination of the board of appeals of the city of New York and reinstated and confirmed said determination. The board had disapproved and denied relator's application for a permit to alter a stable situated at Nos. 173–177 West Eighty-ninth street in the city of New York for use as a garage for more than five motor vehicles, on the ground that such alteration would violate the building zone regulations.

*Vincent L. Leibell* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien* and *William T. Kennedy* of counsel) for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.